AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:26-cv-05342 -GW (Ex)

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* EARGO HEARING, INC., a California corporation, d/b/a EARGO.COM,

was received by me on *(date)* 06/02/2026 .

☑ I personally served the summons on the individual at *(place)* 2665 NORTH FIRST STREET SUITE 300 SAN JOSE, CA 95134 on *(date)* 06/05/2026 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* ______, a person of suitable age and discretion who resides there, on *(date)* ______ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Cecilia "Doe", Authorized Person for Service (Asian, Female, 35 years old, 150 lbs, 5'4", Brown eyes, Brown hair) , who is designated by law to accept service of process on behalf of *(name of organization)* EARGO HEARING, INC., a California corporation, d/b/a EARGO.COM, on *(date)* 06/05/2026 ; or

☐ I returned the summons unexecuted because ______ ; or

☑ Other *(specify)*:
DOCUMENT LIST SERVED: SUMMONS; COMPLAINT; CIVIL COVER SHEET; NOTICE TO PARTIES OF COURT–DIRECTED ADR PROGRAM; CERTIFICATION AND NOTICE OF INTERESTED PARTIES; NOTICE OF ASSIGNMENT TO UNITED STATES JUDGES; Notice to Counsel Re Consent to Proceed Before a United States Magistrate Judge; STANDING ORDER RE FINAL PRE TRIAL CONFERENCES FOR CIVIL JURY TRIALS BEFORE JUDGE GEORGE H. WU

My fees are $ 124.00 for travel and $ ______ for services, for a total of $ 124.00 .

I declare under penalty of perjury that this information is true.

Date: 06/09/2026

*Server's signature*

Kathryn Paz, process server

*Printed name and title*

800 W. 1st St., Ste. 200B, Los Angeles, CA 90012

*Server's address*

Additional information regarding attempted service, etc:

TICKET # 1240063

6/5/2026 2:40 PM SERVED Cecilia "Doe", Authorized Person for Service
(Asian, Female, 35 years old, 150 lbs, 5'4", Brown eyes, Brown hair)

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar Number & Address)*: | TELEPHONE NO.: | *FOR COURT USE ONLY* |
|---|---|---|
| SCOTT J. FERRELL, (SBN: 202091)<br>VICTORIA C. KNOWLES (SBN: 277231)<br>PACIFIC TRIAL ATTORNEYS<br>A PROFESSIONAL CORPORATION<br>4100 NEWPORT PLACE DRIVE, SUITE 800<br>NEWPORT BEACH, CA 92660<br>E-MAIL: sferrell@pacifictrialattorneys.com<br>ATTORNEY FOR *(Name)*: PLAINTIFF | (949) 706-6464<br><br>TRACKING NO.:<br>1240063 | |
| NAME OF COURT & DISTRICT/BRANCH, IF ANY:<br>UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA | | |
| SHORT TITLE OF CASE:<br>MIGUEL ESPARZA, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED VS EARGO HEARING, INC., a California corporation, d/b/a EARGO.COM, | | |

| **DECLARATION OF MAILING** | HEARING DATE: | TIME: | DEPT./DIV.: | CASE NUMBER:<br>2:26-cv-05342-GW-E |
|---|---|---|---|---|

At the time of service attempt(s), I was at least 18 years old and not a party to the above noted action

1. I served the:
   a. documents: **SUMMONS; COMPLAINT; CIVIL COVER SHEET; NOTICE TO PARTIES OF COURT-DIRECTED ADR PROGRAM; CERTIFICATION AND NOTICE OF INTERESTED PARTIES; NOTICE OF ASSIGNMENT TO UNITED STATES JUDGES; Notice to Counsel Re Consent to Proceed Before a United States Magistrate Judge; STANDING ORDER RE FINAL PRE TRIAL CONFERENCES FOR CIVIL JURY TRIALS BEFORE JUDGE GEORGE H**

   b. on *(name)*: EARGO HEARING, INC., a California corporation, d/b/a EARGO.COM,

   c. address: 2665 NORTH FIRST STREET SUITE 300
   SAN JOSE, CA 95134

   d. by mailing
      1. date: 06/05/2026
      2. from: LOS ANGELES, CA

2. Manner of service:
   ☒ FIRST CLASS, POSTAGE PREPAID MAILING
   ☐ CERTIFIED ☐ NOT CERTIFIED

3. At the time of service I was at least 18 years old and not a party to the action.

Process Server:
**ARA KAZARIAN**
800 W. 1ST St.., Suite 200-B
Los Angeles, CA 90012
(213) 607-9000

USA Legal Network

☒ Not A Registered California Process Server
☐ Registered California Process Server
☐ Registration No.:
☐ County:
☒ Fee for service: $ 124.00

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on :

Date: 06/09/2026

Signature ______________